IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MACK,<br><br>              Plaintiff,<br><br>v.<br><br>BUCKS COUNTY and OFFICE SMYTHE,<br><br>              Defendants. | CIVIL ACTION<br>NO. 23-4386 |

### ORDER

**AND NOW**, this 15th day of April 2024, upon consideration of Plaintiff's Amended Complaint (Doc. No. 11), it is **ORDERED** that Defendants Bucks County and Officer Phillip Smythe's Motion to Dismiss (Doc. No. 4) is **DENIED WITHOUT PREJUDICE AS MOOT**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.