IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MACK,<br><br>                    Plaintiff,<br><br>        v.<br><br>BUCKS COUNTY and OFFICE SMYTHE,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 23-4386 |

## ORDER

**AND NOW**, this 27th day of November 2024, upon consideration of Plaintiff's Amended Complaint (Doc. No. 11), Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 13), and Plaintiff's Response in Opposition (Doc. No. 14), it is **ORDERED** that Defendants' Bucks County and Officer Phillip Smythe Motion to Dismiss (Doc. No. 4) is **GRANTED** in part and **DENIED** in part as follows:

1. Defendants' Motion to Dismiss Counts One and Four against Officer Phillip Smythe is **DENIED**.

2. Defendants' Motion to Dismiss Counts Two and Three against Bucks County is **GRANTED**.

3. Defendant Officer Phillip Smythe shall file an Answer to the Plaintiff's Amended Complaint by December 11, 2024.

                                                        BY THE COURT:


                                                        /s/ Joel H. Slomsky
                                                        JOEL H. SLOMSKY, J.