**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANTHONY MACK | : | |
| | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | Case No. 23-4386 |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| BUCKS COUNTY, et al., | : | |
| | : | |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Defendants in the above matter.

Respectfully submitted,

Date: 2/4/25          **BUCKS COUNTY LAW DEPARTMENT**

*/s/ Tyler B. Burns*
Tyler B. Burns (No. 325660)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MACK | : | |
| | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | Case No. 23-4386 |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| BUCKS COUNTY, et al., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Tyler B. Burns, Esquire, hereby certify that on the date below the foregoing Withdraw of Appearance was electronically filed VIA the Court's ECF service where it is available for viewing and downloading.

Respectfully submitted,

Date: 2/4/25                                  **BUCKS COUNTY LAW DEPARTMENT**

  */s/ Tyler B. Burns*
  Tyler B. Burns (No. 325660)

2