IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY MACK,<br>Plaintiff,<br>v.<br>OFFICER PHILLIP SMYTHE,<br>Defendant. | CIVIL ACTION<br>NO. 23-4386 |

**ORDER**

**AND NOW**, this 28th day of August 2026, upon receipt of Magistrate Judge Scott W. Reid's notification that the above-captioned case is settled, it is **ORDERED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b) as to Defendant.
2. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.